**JUDGE DAVID GUADERRAMA**

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

FILED
13 MAR 21 AM 11:06
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Mosese Taunaholo,
    Petitioner,

**EP 13 CV 0085**

## PETITIONER MOTIONS THIS COURT FOR A STAY OF DEPORTATION OR REMOVAL.

  Petitioner, Mosese Taunaholo, petitions this honorable court for a stay of deportation or removal while his instant appeal is still in the process awaiting adjudication by the Board of Immigration Appeal (BIA).

  Petitioner was ordered deported by Guadalupe R. Gonzalez on December 6, 2012, and as a result petitioner seeks the immediate court order restricting any action on part of the government to remove or deport while petitioner seeks relief from the (BIA) in his appeal.

  Consequently, petitioner's motion for a stay of deportation or removal by this honorable court is relative to petitioner's eleven (11) siblings who are all under the age of twenty (20) years and are all American citizens. Petitioner is a fifty-seven (57) year old male who has resided here in the United States since 1980, Thirty-three (33) years now, as a law abiding, taxpaying resident who have contributed much to his community of Reno Nevada.

  Petitioner asks for this honorable courts compelling authorative power to restrict DHS/ICE from moving petitioner while his case is still before the appellate court.

Petitioner prays that this honorable court will grant this petition as petitioner remains thankful always.

Sincerely,
Mosese Taunaholo
A090-218-211

*[signature]*